**FILED**

AO 245H (Rev. 07/04)(W.D.TX) – Judgement in a Criminal Case for a Petty Offense (Short Form)

JUN 1 1 2015

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS, PECOS DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | CRIMINAL COMPLAINT |
| vs. | § | CASE NUMBER: PE:15-M -00747(1) |
| | § | |
| (1) Aurelio Hernandez-Martinez | § | |

### JUDGMENT IN A CRIMINAL CASE
### (For A Petty Offense) - Short Form

The defendant, (1) Aurelio Hernandez-Martinez, was presented by counsel, Duty Pub. Defender-Pecos.

The defendant pled guilty to the complaint on June 11, 2015. Accordingly, the defendant is adjudged guilty of the following offense(s):

| Title & Section | Nature of Offense | Date of Offense |
|---|---|---|
| 8 USC 1325 | ILLEGAL ENTRY | June 7, 2015 |

As pronounced on June 11, 2015, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of One (1) year probation. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The special assessment imposed pursuant to 18 U.S.C. § 3013 is hereby remitted pursuant to 18 U.S.C. § 3573 because reasonable efforts to collect this assessment are not likely to be effective.

The fine is waived because of the defendant's inability to pay.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

Filed and signed on this the 11th day of June, 2015.

B. DWIGHT GOAINS
U.S. MAGISTRATE JUDGE

Arresting Agency:
USM #:

Defendant: (1) Aurelio Hernandez-Martinez
Case Number: PE:15-M -00747(1)

## PROBATION

The Defendant is hereby sentenced to 1 year Probation, Unsupervised.

## STANDARD CONDITONS

1. The defendant is not permitted to enter the United States illegally.
2. The defendant is not permitted to commit another federal, state or local crime.

AO91 (Rev. 12/03)  Criminal Complaint

**FILED**

# UNITED STATES DISTRICT COURT

JUN 0 9 2015

WESTERN DISTRICT OF TEXAS,     PECOS DIVISION

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY

**UNITED STATES OF AMERICA**
**V.**

Aurelio HERNANDEZ-Martinez

**CRIMINAL COMPLAINT**

**Case Number:** 4:15- M-747 BDG

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about    5/31/2015    in    Brewster    County, in the    Western District Of Texas    defendant(s) did, being an alien to the United States,  knowingly enter and attempt to enter the United States at a time and place other than as designated by immigration officers

in violation of Title    8    United States Code, Section(s)    1325(a)(1)

I further state that I am a(n)    Border Patrol Agent    and that this complaint is based on the following facts:

The Defendant was arrested on June 7, 2015, in the Western District of Texas by Sanderson Border Patrol Agents.  The Defendant is a citizen and national of Mexico, who is present in the United States without having been admitted or paroled by an Immigration Officer.  The Defendant last entered the United States on or about May 31, 2015, in Brewster County, Texas, in the Western District of Texas at a time and place not designated as a port of entry by the Secretary of Homeland Security.  The Defendant was not in possession of Immigration documents allowing him to be in, or remain in, the United States legally.

Defendant is a national and citizen of Mexico.

Continued on the attached sheet and made a part hereof:    ☒ Yes    ☐ No

_____
Signature of Complainant

Fernando Montemayor
_____
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

6/9/2015
_____
Date

at    Pecos, TX
City/State

_____
Signature of Judicial Officer

B. Goains    U.S. Magistrate Judge
_____
Name & Title of Judicial Officer

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### PECOS DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | |
| vs. | § | Case Number:   PE:15-M -00747(1) |
| | § | |
| (1) Aurelio Hernandez-Martinez | § | |
| *Defendant* | | |

## INITIAL APPEARANCE

On  , the defendant appeared in Open Court before U.S. Magistrate B. Dwight Goains.  He/She affirmed that he/she is the person named in the complaint/indictment and a copy was given to him/her.

**The defendant was advised as follows:**

1)      The nature of the charge against him/her.

2)      The right to retain counsel or to request the assignment of counsel if he/she was unable to obtain counsel.

3)      That he/she is not required to make any statement and that any statement he/she makes may be used against him/her.

4)      The right to a preliminary examination if not indicted; and,

5)      The right to consideration of bail.

**Attorney**

( X )   Duty Pub. Defender-Pecos    FPD


**Next Hearing Date/Time**

( X )           June 11, 2015 at 10:00 a.m.

**Bond**

( X )   No Bond Set.


**Interpreter Needed:**   _____          Record FTR Gold



Time: _____          _____